## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK ERICKSON,** | : | **CIVIL ACTION NO. 3:16-CV-1423** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY A. BERRYHILL, Acting** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 6th day of March, 2018, upon consideration of the

report (Doc. 17) of Magistrate Judge Karoline Mehalchick, recommending

that the court vacate the decision of the administrative law judge denying the

application of plaintiff Frederick Erickson ("Erickson") for supplemental security

income, and remand this matter for further proceedings and development of the

record, wherein Judge Mehalchick opines that the administrative law judge's

decision is not "supported by substantial evidence," 42 U.S.C. § 405(g), and

it appearing that neither Erickson nor the Commissioner of Social Security

("Commissioner") object to the report, see FED. R. CIV. P. 72(b)(2), and that the

Commissioner expressly waives the opportunity to do so, (see Doc. 18), and the

court noting that failure to timely object to a magistrate judge's conclusions "may

result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488

F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d

Cir. 1987)), but that, as a matter of good practice, a district court should "afford

some level of review to dispositive legal issues raised by the report," Henderson,

812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D.

Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469

(M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of

the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following review

of the record, the court in agreement with Judge Mehalchick's recommendation,

and concluding that there is no clear error on the face of the record, it is hereby

ORDERED that:

1.      The report (Doc. 17) of Magistrate Judge Mehalchick is ADOPTED.

2.      The Clerk of Court shall enter judgment in favor of Erickson and against the Commissioner as set forth in the following paragraph.

3.      The Commissioner's decision is VACATED and this matter is REMANDED to the Commissioner with instructions to conduct a new administrative hearing, develop the record fully, and evaluate the evidence appropriately in accordance with this order and the report (Doc. 17) of Magistrate Judge Mehalchick.

4.      The Clerk of Court is directed to CLOSE this case.


                                        /S/ CHRISTOPHER C. CONNER
                                        Christopher C. Conner, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania