# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK ERICKSON,** | : | CIVIL ACTION NO. 3:16-CV-1423 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A BERRYHILL,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 30th day of May, 2018, upon consideration of the Stipulation, it is hereby, ORDERED that Plaintiff, Frederick Erickson, is awarded Four Thousand Three Hundred dollars ($4,300) in attorney fees under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania